No. 440.   JIFFY ENTERPRISES, INC., *v.* SEARS ROEBUCK & Co. ET AL.   C. A. 3d Cir.   Certiorari denied.   *Arthur H. Seidel* and *Marvin Comisky* for petitioner.   *Cedric W. Porter, Henry N. Paul, Jr.* and *Robert B. Frailey* for respondents.

No. 441.   HUFF ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Nathan Witt* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 443.   TURNER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 4th Cir.   Certiorari denied. *H. Clyde Pearson* for petitioners.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Robert N. Anderson* for respondent.

No. 444.   ROBERTSON LUMBER Co. *v.* CONTINENTAL CASUALTY Co.   C. A. 8th Cir.   Certiorari denied.   *Harold D. Shaft* for petitioner.   *Thomas L. Degnan* for respondent.

No. 447.   VALLEY MORRIS PLAN, FORMERLY STOCKTON MORRIS PLAN Co., *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   *Harold J. Willis* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for respondent.

No. 448.   KRAVITZ *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.   *Leon H. Kline* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *John M. Brant* for the United States.